**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **No. 23-cr-238** |
| | : | |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **DEMARCO DIGGS,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION FOR EMERGENCY**
**REVIEW AND APPEAL OF RELEASE ORDER**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, seeks this Court's emergency review of the release order by the Honorable Scott T. Varholak, United States Magistrate Judge for the District of Colorado, issued at the conclusion of the August 3, 2023, detention hearing in the case of the defendant Demarco Diggs.  The government requests that the Court review and overturn the Magistrate Judge's denial of the government's motion for pre-trial detention pursuant to 18 U.S.C. §§ 3142(f)(1)(E) (a felony involving a firearm that is not a crime of violence).

**PROCEDURAL BACKGROUND**

On July 20, 2023, Diggs was indicted by a United States District Court for the District of Columbia grand jury on one count of 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business of Dealing in Firearms Without a License) and one count of 18 U.S.C. § 922(a)(5) (Illegal Transport of a Firearm).  He was arrested at his home in Aurora, Colorado, on August 1, 2023, and was presented and arraigned the same day, with a detention hearing set for August 3.  At the August 3 detention hearing, the Honorable Scott T. Varholak, United States Magistrate Judge for the District of Colorado, ordered the defendant released on $10,000 unsecured bond, but stayed his decision so as to allow the government to file the instant emergency appeal.  A status hearing has also been

set before the magistrate judge in Colorado for Monday, August 7, so as to determine the status of the government's emergency appeal.

## **FACTUAL BACKGROUND**

1. *Firearm Recoveries in the DMV-area*

On September 15, 2021, MPD officers responded to 1538 Butler St SE Washington, DC in reference to sounds of gunshots.  Law enforcement viewed video footage of individuals shooting firearms from in between several parked vehicles.  Officers ultimately recovered two firearms from a Jeep from which one individual, a convicted felon, was seen on surveillance video retrieving firearms.  One of the firearms was a Taurus G2S, .9mm pistol bearing serial number ACD835849.  A firearm trace request was completed by the ATF, which showed the pistol was originally purchased by the defendant on or about June 11, 2021, from CRC Guns & Weaponry in Savannah, GA ("CRC") as part of a sale involving multiple firearms.  This firearm was recovered a mere 96 days after his purchase date.

On May 14, 2022, the Arlington County Police Department was called to assist loss prevention officers at Nordstrom located at 1201 S Hayes St, Arlington, VA with an individual, who was also a convicted felon, suspected of shoplifting.  Officers recovered from that individual a Glock 43, .9mm pistol bearing serial number AFNM307.  The Glock 43 was traced, and trace results showed the pistol was also purchased by the defendant on or about June 7, 2021, from CRC as part of another sale involving multiple firearms.  Although the purchaser listed on the trace summary was Demarco "Piggs", law enforcement was able to confirm there was a typo on the trace utilizing the Firearms Transaction Record ("ATF Form 4473").[1]  The 4473 listed Demarco

---

[1] A Federal Firearm Licensee ("FFL") may not sell or dispose of a firearm to a non-licensee purchaser "unless the [FFL] records the transaction on a firearms transaction record, Form 4473." The ATF Form 4473 is completed at the FFL premises when a firearm is transferred over

Anthony Diggs as the purchaser of the Glock 43.  NIBIN data linked the casings from the test fire of the recovered Glock to a casing recovered on the crime scene of an unlawful discharge at 1601 New York Ave NE Washington, DC on February 27, 2022.

On September 25, 2022, MPD officers recovered a firearm at 1512 Neal St NE, Washington, DC. The firearm recovered in this incident was a Taurus GX4, .9mm pistol bearing serial number 1GA05702.  No possessor was listed for the firearm as it was reported as being found in the bushes by property maintenance at the above listed address.  The firearm trace showed, again, that the firearm was originally purchased by Diggs on or about June 18, 2021, from CRC as part of a multiple sale.  NIBIN data linked the casings from the test fire of this firearm to a casing recovered from a shooting that occurred on August 27, 2022, in Oxon Hill, MD where a victim was shot in the leg.

On November 28, 2022, MPD executed a search warrant on 1538 Butler St SE #101, within the Cedar Heights Apartment Complex.  Among other things, officers seized a Century Arms Canik TP9SF, .9mm firearm with serial number 21AT16225 from the apartment.  Following the execution of the search warrant, law enforcement arrested Quinton McLean, a convicted felon, in relation to the firearm recovery.  The trace again revealed that the firearm was originally purchased by Diggs on June 30, 2021, from CRC as part of a multiple sale.  McLean has pled guilty and is currently pending sentencing before the Court in related case number 22-cr-394.

---

the counter. The transferee/buyer must complete the section of the ATF Form 4473 that includes providing their name, current state of residence and address, place of birth, height, weight, sex, birthdate. The transferee/buyer also must answer "yes/no" questions that are related to the lawfulness of the transaction. The transferee/buyer must provide a valid government-issued photo identification document to the FFL that contains the transferee's/buyer's name, residence address, and date of birth. The transferee/buyer must sign and date the form certifying that the answers provided are true, accurate, and complete.

2.  *Firearm Purchases*

According to FFL purchase records and multiple sales reports obtained by the ATF, the defendant purchased at least 20 firearms between December 23, 2020, and July 9, 2021. At the time of these purchases, DIGGS was living in Georgia (he moved to Colorado in Fall 2021). It should be noted that the list of firearm purchases is not complete as it only includes purchases from an FFL.  It does not include purchases from non-FFL sources.  Further, because there is no centralized FFL records repository, it is possible that DIGGS purchased additional firearms from FFLs that were not identified.

- 7/9/21       Shotgun      Mossberg/590 Nightstick 12 GA      SN: V1365219
- 6/30/21     Pistol          Century/Canik 55TP-9SF .9mm      SN: 21AT16225
- 6/30/21     Pistol          Taurus/G2C .9mm                          SN: ACE956438
- 6/27/21     Pistol          Ruger/EC9s .9mm                          SN: 459-41883
- 6/26/21     Pistol          Bersa/Thunder .380 cal                  SN: K99880
- 6/18/21     Pistol          Ruger/LCP .380 cal                        SN: 372094875
- 6/18/21     Pistol          Taurus/GX4 .9mm                          SN: 1GA05702
- 6/13/21     Pistol          Taurus/PT111 .9mm                       SN: G2A 1C030308
- 6/13/21     Pistol          Taurus/G3C .9mm                          SN: ACB499360
- 6/11/21     Pistol          Glock/22 Gen 4 .40 cal                   SN: USX041
- 6/11/21     Pistol          Taurus/G2S .9mm                          SN: ACD835849
- 6/7/21       Pistol          Glock/43 .9mm                             SN: AFNM307
- 6/7/21       Pistol          Ruger/Security-9 .9mm                  SN: 383-18180
- 6/7/21       Pistol          SARSILMAZ /SAR 9mm                  SN:T110221BV67032
- 4/29/21     Pistol          Glock/19 Gen 5 .9mm                     SN: BTDH009
- 4/17/21     Rifle            Century Arms VSKA 7.62 cal          SN: SV7054196
- 3/27/21     Rifle            PAS/PA-10 7.62 cal                       SN: PF060269
- 2/10/21     Shotgun      Rock Island Armory/VR80 12 GA      SN: R230450
- 2/8/21       Rifle            Rock Island Armory/M1911 45ACP  SN: RIA2284228
- 12/23/20   Rifle            Thomp Center Arms/Venture 300      SN: U204156

Further, payment records from the defendant's bank account indicates that from February to July 2021, Diggs spent over $8,600 on firearms and firearm related purchases.

### 3.   _Transactions with Others_

A search warrant was done on the defendant's Instagram account (darth_maul65).   It contains considerable evidence of him soliciting customers in the DMV area to purchase "pipes," which are firearms.   For example, Diggs has an exchange with the Instagram user "scrapejulio."

**Author** darth_maul65 (Instagram: 219395697)
    **Sent** 2021-06-13 19:09:45 UTC
  **Body** Yo whats up bruhh

**Author** scrapejulio (Instagram: 241179818)
    **Sent** 2021-06-14 01:21:26 UTC
  **Body** ????

**Author** darth_maul65 (Instagram: 219395697)
    **Sent** 2021-06-14 01:24:32 UTC
  **Body** Nvm, i was visiting dc and wanted to know if you wanted one of my pipes but they already gone

**Author** scrapejulio (Instagram: 241179818)
    **Sent** 2021-06-14 01:25:00 UTC
  **Body** Oh dam you most def should have been HMU

**Author** scrapejulio (Instagram: 241179818)
    **Sent** 2021-06-14 01:25:38 UTC
  **Body** Lmk in advance wen u coming back so I can shop with you

**Author** darth_maul65 (Instagram: 219395697)
    **Sent** 2021-06-14 01:25:49 UTC
  **Body** I did lmao. I just decided to sell them when i hit u up

**Author** scrapejulio (Instagram: 241179818)
    **Sent** 2021-06-14 01:26:21 UTC
  **Body** Oh dam that's crazy 🧎 wen u coming back

**Author** darth_maul65 (Instagram: 219395697)
    **Sent** 2021-06-14 01:27:10 UTC
  **Body** Ima be around the view around the 4th i still got some if you want me to bring some

**Author** scrapejulio (Instagram: 241179818)
    **Sent** 2021-06-14 01:28:17 UTC
  **Body** Ite bring me something big but small enough to carry on me & would I be able to get it before the 4th

**Body** You sent a photo.

**Attachments** image-408262643625342 (408262643625342)

**Type** image/jpeg

**Size** 260809

**URL** https://interncache-eag.fbcdn.net/v/t51.39111-15/200503644_1165399100593487_1369750787761041246_n.jpg?stp=dst-jpg_p843x403&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad m&_nc_cid=0&_nc_ht=interncache-eag&oh=02_AVCy3fYpuOdNFegCXzxmrQZvkU2KBIqy-dr4MfJL4Wi-Dw&oe=63DD868F



**Sent** 2021-06-14 01:29:48 UTC
**Body** Im coming down on the 1st

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-14 01:30:29 UTC
**Body** You kno I live out Anne Arundel now you a bring it out there to me

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-14 01:31:09 UTC
**Body** And what you want so I can put it to the side for you

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-14 01:32:31 UTC
**Body** Sheesh, yea i can bring it out there. But if you out maryland you better of going to buy one from the gun store lol. Im letting the compact ones go for a k

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-14 01:33:00 UTC
**Body** But i can come down a bit

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-14 01:33:24 UTC
**Body** You kno I can't go in no gun store 😩 and what's the cheapest one u got on the market that u a sell me

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-14 01:33:58 UTC
**Body** 850 for the normal size one

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-14 01:34:16 UTC
**Body** Put it to the side for me I need that

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-14 01:35:01 UTC
**Body** Big bet ima hit u up when i get back in the dmv

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-14 01:35:18 UTC
**Body** Bet that & text me like a week before so I kno

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-14 01:35:21 UTC
**Body** Is any of your men looking for some?

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-14 01:36:03 UTC
**Body** You kno da good men up the view always looking but I'll put the word out there with some good men I trust that's not from there

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-24 21:35:24 UTC
**Body** Aye bro

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-24 23:18:17 UTC
**Body** Yo

**Author** scrapejulio (Instagram: 241179818)
**Sent** 2021-06-25 01:31:43 UTC
**Body** You got a G 27

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-27 15:26:15 UTC
**Body** Naw my men already spoke for my glocks

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-27 15:26:40 UTC
**Body** You sent a photo.
**Attachments** image-1780533822117410 (1780533822117410)
**Type** image/jpeg
**Size** 147099
**URL** https://interncache-eag.fbcdn.net/v/t51.39111-15/207975110_1087906132101651_8539318226966431685_n.jpg?stp=dst-jpg_p600x600&ccb=1-7&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pW9nZW46RFlJTWVkaWFFVdGlscyJ9&_nc_ad=m&_nc_cid=0&_nc_ht=interncache-eag&oh=02_AVCpoi_DH-8zzwAnv5A7N5EG5JWiL0A8_hh0sA5_uu75lw&oe=63DDD720



As reflected in one message, scrapejulio specifically tells Diggs that "You know I can't go in no gun store," indicating that Diggs is well aware of the prohibited status of this particular

customer and yet continued to try to sell firearms to him.

There is another message exchange with the Instagram user "nowallet."

<table>
<tr><td colspan="2" align="center">Meta Platforms Business Record</td><td align="right">Page 178</td></tr>
</table>

| | |
|---|---|
| **Author** | |
| | meekiale (Instagram: 53193809) |
| **Sent** | 2021-07-04 23:47:21 UTC |
| **Body** | Message unavailable |
| **Share** | **Date Created** Unknown |

| | |
|---|---|
| **Thread** | (412900433429816) |
| **Current** | 2023-01-30 19:35:22 UTC |
| **Participants** | nowallet_ (Instagram: 194824191) |
| | darth_maul65 (Instagram: 219395697) |

| | |
|---|---|
| **Author** | darth_maul65 (Instagram: 219395697) |
| **Sent** | 2021-06-12 00:18:11 UTC |
| **Body** | Yo. Whats hood with ya |

| | |
|---|---|
| **Author** | nowallet_ (Instagram: 194824191) |
| **Sent** | 2021-06-12 01:04:39 UTC |
| **Body** | Wasgood fool |

| | |
|---|---|
| **Author** | darth_maul65 (Instagram: 219395697) |
| **Sent** | 2021-06-12 01:06:15 UTC |
| **Body** | Not much bruhh. I got these poles im trying to let go off |

| | |
|---|---|
| **Author** | darth_maul65 (Instagram: 219395697) |
| **Sent** | 2021-06-12 01:06:42 UTC |
| **Body** | Im coming to dc for the 4th and wanted to know if you knew anybody |

| | |
|---|---|
| **Author** | nowallet_ (Instagram: 194824191) |
| **Sent** | 2021-06-12 01:47:07 UTC |
| **Body** | What you selling |

| | |
|---|---|
| **Author** | darth_maul65 (Instagram: 219395697) |
| **Sent** | 2021-06-12 01:49:20 UTC |
| **Body** | Whats ur numba so i can ft you i got like 11 or 12 poles |

| | |
|---|---|
| **Author** | nowallet_ (Instagram: 194824191) |
| **Sent** | 2021-06-12 01:49:49 UTC |
| **Body** | 3013937965 |

| | |
|---|---|
| **Author** | darth_maul65 (Instagram: 219395697) |
| **Sent** | 2021-06-27 15:27:05 UTC |
| **Body** | You sent a photo. |
| **Attachments** | image-369036621247669 (369036621247669) |

**Meta Platforms Business Record**          **Page 179**



**Photo ID** 369036621247669

**Author** nowallet_ (Instagram: 194824191)
   **Sent** 2021-06-27 15:29:02 UTC
   **Body** Reacted 🔥 to your message

**Author** nowallet_ (Instagram: 194824191)
   **Sent** 2021-06-27 15:30:05 UTC
   **Body** You want a stack for da .380?

**Author** darth_maul65 (Instagram: 219395697)
   **Sent** 2021-06-27 15:31:58 UTC
   **Body** You sent a photo.
**Attachments** image-502757400994229 (502757400994229)

**Photo ID**

502757400994229

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-27 15:32:17 UTC
**Body** A k for the bersa and 8 for the ruger

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-27 15:33:54 UTC
**Body** They both .380 tho

**Author** nowallet_ (Instagram: 194824191)
**Sent** 2021-06-27 15:34:32 UTC
**Body** Your prices too high bro 🫤🫤🫤🫤

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-27 15:35:23 UTC
**Body** I told you i can come down on them a bit but these are for people that cant get them on there own

**Author** nowallet_ (Instagram: 194824191)
**Sent** 2021-06-27 15:36:06 UTC
**Body** Oh Ard bet

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-27 15:38:36 UTC
**Body** Im look for between 800 and a K but thats the best i can do

**Author** nowallet_ (Instagram: 194824191)
**Sent** 2021-06-27 15:54:42 UTC
**Body** Niggas don't be having that much for pistols

**Author** darth_maul65 (Instagram: 219395697)
**Sent** 2021-06-27 15:57:54 UTC
**Body** Its all good im just letting you know what i got and how m' going for

**Author** nowallet_ (Instagram: 194824191)
**Sent** 2021-06-27 16:10:08 UTC
**Body** Bet

**Thread** (329825722025456)
**Current** 2023-01-30 19:35:21 UTC
**Participants** osoflynigga (Instagram: 257F'
darth_maul65 (Instagram·

Notably, in response to Instagram user nowallet's comment that "Your prices are too high bro," Diggs responds, "I told you I can come down on them a but these are for people that cant get them on there [sic] own." This exchange is further indicative of the fact that Diggs is knowingly marketing and selling these firearms to prohibited persons.

11

*4. ATF Interview*

On December 28, 2022, ATF traveled to Diggs's apartment in Colorado to conduct an interview. ATF was met at the door by him.  ATF inquired about his knowledge of firearms, which were originally purchased by him only to later be recovered by law enforcement.  Diggs informed ATF that he believed "two handguns and a shotgun" which he purchased either in Kansas or Georgia while living there were stolen out of his vehicle while in Washington, DC.  He also stated that he reported the theft of the firearms to local police.  However, ATF found no such report.

As mentioned above, more than two handguns purchased by Diggs have been recovered in the DMV-area.  When confronted during the interview about additional recoveries, Diggs could not provide an explanation.  When asked about the sale or disappearance of any additional firearms, Diggs stated that he sold some of his firearms while living in GA.

ATF further questioned Diggs on who he sold firearms to and how he would get ahold of these individuals to sell the firearms.  ATF specifically inquired about the use of social media to sell firearms.  Diggs informed ATF that he did not utilize social media for the sale of firearms and further stated that he does not have social media.  ATF was already aware of the Instagram account prior to the interview.  ATF gave Diggs several chances to rephrase or clear up any statements, however, Diggs indicated that he no longer wished to speak with law enforcement.

*5. Search Warrant Executions and Cellphone Information*

On March 24, 2023, residential search warrants were executed at Diggs's apartment, and his brother's apartment, in Colorado.  Inside of Diggs's residence agents recovered:

- Palmetto State Armory PA-10 multi caliber rifle with serial number PF060269

- Thompson Center Arms Venture .300 WIN rifle with serial number U204156

- iPhones

- Magenta Taurus GX4 .9mm pistol with serial number 1GC17895 and magazine containing 10 rounds of ammunition

- Serialized Taurus gun box containing (1) magazine loaded with (10) rounds of .9mm ammunition

- (1) Bag of shotgun shells

- (1) Bag of assorted ammunition

- (1) Green ammo tin containing assorted ammunition

- (1) Bag of assorted magazines

- (1) Black rifle hand grip

Inside of the brother's place, agents recovered:

- Century Arms VSKA 7.62 caliber rifle with serial number SV7054196 with magazine containing 30 rounds of 7.62 caliber ammunition

- Mosin Nagant Fabricade Arms 7.62 caliber rifle with serial number 2H-5670

- Tan Sig Saur P320 .9mm pistol with serial number M18A088819 with (3) magazines and (59) rounds of .9mm ammunition

- Mossberg 12 GA shotgun with serial number V1365219 with four rounds of ammunition

- Assorted ammunition and magazines

- (4) Gun boxes with serial numbers (notable, two of the boxes were for firearms that have been recovered in the DC-area).

- Ruger American Predator .308 WIN rifle with serial number 690177381 with magazine

Diggs's phone, recovered from his apartment, was subsequently searched, and revealed further evidence of firearms trafficking and straw purchasing.  Notably, the messages excerpted

below occurred after ATF interviewed him, indicating Diggs was not deterred even though the

ATF had interviewed him.  Diggs is in green.





**Torres**
You're getting it directly from the store or from someone else¿
2/17/2023 7:01:14 PM(UTC+0)
Sources (1)

**_$!<Other>!$_**
The store
2/17/2023 7:01:23 PM(UTC+0)
Sources (1)

**Torres**
Lmk the pricing before you get it lol
2/17/2023 7:01:43 PM(UTC+0)
Sources (1)

**Torres**
Send a pic before you cop it
2/17/2023 7:01:55 PM(UTC+0)
Sources (1)

**_$!<Other>!$_**
Will do just stay by ur phone. Also i cant take pics of the gun lmfao
2/17/2023 7:02:10 PM(UTC+0)
Sources (1)

**Torres**
Yea yu can 🔫
2/17/2023 7:02:40 PM(UTC+0)

**Torres**
I've took hella pics
2/17/2023 7:02:55 PM(UTC+0)
Sources (1)

**_$!<Other>!$_**
I going to a convention and they be selling illegal shit there so they are not fans of people taking pics but i will try
2/17/2023 7:03:16 PM(UTC+0)
Sources (1)

**Torres**
What all do they require to buy from there¿
2/17/2023 7:04:10 PM(UTC+0)
Sources (1)

**_$!<Other>!$_**
A valid colorado id and a clean background check. Its the same at any place
2/17/2023 7:51:38 PM(UTC+0)
Sources (1)

**_$!<Other>!$_**
But if you have had violet crimes and or domestic crimes then you will be automatically denied
2/17/2023 7:52:20 PM(UTC+0)
Sources (1)

**Torres**
So you're willing to get me a gun under your name¿
2/17/2023 7:52:41 PM(UTC+0)

15



In this conversation with an individual saved in Diggs' phone as "Torres," Torres specifically asks Diggs "So you're willing to get me a gun under your name," to which Diggs replied, "Yep". This is, of course, straw purchasing. Notably, Torres has been identified and is a convicted felon. Messages afterwards indicate that Diggs in fact went to a gunshow and purchased a firearm. He then reached an agreement to sell that firearm to Torres for $600, however, Torres was unable to travel to Diggs to complete the transaction. When Torres reached back out on March 14 to see if Diggs still had the firearm, Diggs stated "Naww I sold it . . . Like a week ago."

Other messages confirm Diggs's relationship with Torres. In one conversation with a contact called "Ish" Diggs confirms that he previously sold Torres weapons and appears to

complete a firearms sale to Ish.



It appears the transaction was completed on February 16, 2023. Additional conversations with Ish about sellings guns continue to March 2023 (when the phone was seized).

A further search of Diggs's phone internet search history indicates that Diggs searched for gun stores consistent with dates he made FFL purchases from.  For example, on several of the

dates he purchases from CRC, he also searched for the store.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 🔲 | ☑ | 33 | | | 11/2/2022 7:19:49 PM(UTC... | The Gun Room | (39.741523, -105.091033) |
| 🔲 | ☑ | 34 | | | 6/28/2022 3:46:11 PM(UTC... | Gunsmith At Large | (39.652614, -105.010269) |
| 🔲 | ☑ | 35 | | | 9/18/2021 2:14:03 PM(UTC... | The Gun Room | (39.741523, -105.091033) |
| 🔲 | ☑ | 36 | | | 9/18/2021 1:53:33 PM(UTC... | CenterfireGuns | (39.724216, -105.079803) |
| 🔲 | ☑ | 37 | | | 9/17/2021 1:43:30 PM(UTC... | G & G Guns | (39.740467, -105.092247) |
| 🔲 | ☑ | 38 | | | 9/17/2021 1:21:27 PM(UTC... | The Gun Room | (39.741523, -105.091033) |
| 🔲 | ☑ | 39 | | | 6/12/2021 1:32:56 PM(UTC... | CRC Guns & Weaponry | (32.000753, -81.125965) |
| 🔲 | ☑ | 40 | | | 6/11/2021 4:50:50 PM(UTC... | CRC Guns & Weaponry | (32.000753, -81.125965) |
| 🔲 | ☑ | 41 | | | 4/6/2021 1:15:44 PM(UTC-4) | The Gun Shop Inc | (32.007182, -81.102073) |
| 🔲 | ☑ | 42 | | | 4/6/2021 12:24:56 PM(UTC... | Thunderbolt Guns | (32.035850, -81.056068) |
| 🔲 | ☑ | 43 | | | 2/10/2021 4:55:27 PM(UTC... | CRC Guns & Weaponry | (32.000753, -81.125965) |
| 🔲 | ☑ | 44 | | | 2/8/2021 3:45:01 PM(UTC-5) | CRC Guns & Weaponry | (32.000711, -81.125906) |
| 🔲 | ☑ | 45 | | | 12/26/2020 2:39:59 PM(UT... | Williamson Gun Traders & Indoor... | (31.594287, -81.869171) |

## **LEGAL STANDARD**

The Bail Reform Act requires pretrial detention where a court finds "that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. §§ 3142(e), (f). In making that determination, a court must consider "(1) the nature and circumstances of the offense charged . . . (2) the weight of the evidence against the person; (3) the history and characteristics of the person . . . and (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release." *Id.* § 3142(g).

The government retains the ultimate burden of persuasion by clear and convincing evidence that the defendant presents a danger to the community and by the lesser standard of a preponderance of the evidence that the defendant presents a risk of flight—even where it is presumed that those standards are satisfied. *See United States v. Thomas*, No. 21-cr-724, 2022 WL 203083 at *2 (D.D.C. Jan. 24, 2022) (Cooper, J.) (citing *United States v. Simpkins*, 826 F.2d94, 96

(D.C. Cir. 1987)).

Meanwhile, 18 U.S.C. § 3145(a) states:

**(a) Review of a release order –** If a person is ordered released by a magistrate, …

(1) the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order or amendment of the conditions of release . . .

The motion shall be determined promptly.

On the government's motion to review a release order, this Court considers *de novo* the Magistrate Judge's denial of pre-trial detention. In its discretion, the Court may proceed to rehear the evidence by recalling the witnesses, reviewing transcripts, or by proceeding through proffer and argument.  It may take additional evidence from new witnesses or consider arguments not previously raised.

## ARGUMENT

The defendant has no criminal history, that is true.  But what is also true is that he specifically sought to sell firearms to prohibited persons at premium prices.  Worse yet, even after being interviewed by the ATF and understanding the nature of the government's investigation, he continued to straw purchase and sell firearms, seemingly completely undeterred.  For these reasons, there no condition or combination of conditions will reasonably assure his appearance and the safety of any other person and the community.

### I.    Nature and Circumstances of the Offenses Charged

The nature and circumstances of the charged offense weigh in favor of detention.  It is one thing to sell firearms illegally, it is another thing to sell firearms illegally without caring where those firearms end up, and finally, it is an extraordinary thing to sell firearms illegally specifically to those who society has deemed unfit to possess them: convicted felons.  It should not come as a

surprise then that several of the firearms sold by Diggs and recovered in the DMV-area have been linked to shootings. Make no mistake, the defendant is a driver of violence in the DC-area and elsewhere with his gun sales. Further, as indicated by the forfeiture list in the government's indictment, the defendant is not some casual one-off seller of firearms. No, he is a dealer, a merchant, who has peddled firearms for years now without regard to the consequences of his actions. This factor favors detention.

## II.        The Weight of the Evidence

The second factor the Court considers, the strength of the evidence, also supports detention. As discussed above, there is clear record evidence from the defendant's Instagram account and cellphone of him selling or attempting to sell numerous firearms. The fact that firearms purchased by the defendant have been recovered in the DMV area also shows the strength of the government's case. This factor favors detention.

## III.       Defendant's History and Characteristics

The defendant appears to have no criminal history. But that does not end the inquiry. Indeed, the defendant's conduct throughout the pendency of this investigation indicates that he is not a proper candidate for pretrial release. As discussed above, the government revealed the investigation to the defendant in December 2022 when he was interviewed. One might think that the defendant, realizing the potential legal jeopardy he was potentially in, would cease and desist all forms of law breaking. Yet, remarkably, the interview appears to have had no effect on his actions. Text messages recovered from the defendant's phone after the date of the interview indicates the defendant's continued involvement in the illegal operation of a firearms business. Further, it indicates straw purchasing as defendant plainly acknowledges his willingness to purchase firearms for another person. When considering the defendant's actions and

characteristics after the investigation into his activities became known to him, he continued his criminal activity, thus strongly suggesting that he would violate any Court-order conditions of release. As a result, this factor favors detention.

### IV.    Danger to the Community

The fourth factor, the nature and seriousness of the danger to any person or the community posed by the defendant's release, also weighs in favor of detention.  Given the number of firearms the defendant has possessed and sold – as far as the government is aware – and the clear and terrible consequences of his actions, which is the usage of his firearms in shootings and other acts of violence, the dangerousness that the defendant's release poses to the community cannot be understated.  He is a merchant, a merchant specializing in procuring weapons capable of maiming and killing for those our society has deemed unfit to carry such weapons.  And given his seeming lack of ability to be deterred even after being confronted by federal agents, this evinces a level of dangerousness that cannot be mitigated by less restrictive conditions or combinations thereof.

## <u>CONCLUSION</u>

Given the assessment of all four relevant factors, no condition or combination of conditions can ensure the safety of the community. The Court should grant government's motion to detain the defendant pending trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar 481052

By: */s/ Andy Wang*
    ANDY WANG
    Assistant United States Attorney
    D.C. Bar Number 1034325
    United States Attorney's Office
    601 D Street NW

Washington, D.C. 20530
Telephone: (202) 870-4940
andy.wang@usdoj.gov