## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 23-cr-238 |
| | : | |
| | : | |
| **DEMARCO DIGGS** | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO SET STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia respectfully moves this Court, with the consent of the defendant, to set a status hearing and exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7). In support of its motion, the Government states as follows:

The defendant was indicted on July 20, 2023, arrested in Colorado on August 1, 2023, and, after being detained pretrial, transported to D.C. and arrived on August 15, 2023. The parties jointly request that an initial status hearing be set for the defendant for the morning of August 21, 2023, specifically, 10:00am or thereafter. That date and time is mutually acceptable to the parties.

The government has provided discovery to the defense and are in discussions about the proper resolution of the case. As a result, the government moves, with the defense's consent, to exclude the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7), until the date of the status hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/_____
ANDY WANG
Assistant United States Attorney
D.C. Bar Number 1034325
601 D Street NW
Washington, D.C. 20530
Andy.wang@usdoj.gov
(202) 870-4940